**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| SOUTHWEST IOWA RENEWABLE ENERGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUNGE NORTH AMERICA, INC., <br><br> Defendant. | Case No. 1:24-cv-00022-SMR-HCA <br><br><br> **NOTICE OF DISMISSAL** <br> **WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Southwest Iowa Renewable Energy, LLC ("SIRE"), under Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and though counsel, hereby gives notice of its voluntary dismissal of the above-captioned case without prejudice. SIRE reserves any and all rights, claims and defenses related to the above-captioned case and subject matter referenced therein.

Dated this 4th day of September 2024.

SOUTHWEST IOWA RENEWABLE
ENERGY, LLC, Plaintiff

By: */s/ Ryann A. Glenn*
Ryann A. Glenn (AT0010530)
HUSCH BLACKWELL LLP
14606 Branch Street, Suite 200
Omaha, NE 68154
Tel: (402) 964-5000
Fax: (402) 964-5050
ryann.glenn@huschblackwell.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of September 2024, the foregoing was electronically served by the court via CM/ECF on all counsel of record.


*/s/ Ryann A. Glenn*